HARTFORD ACCIDENT AND INDEMNITY COMPANY *v.*
HENRY BECKENSTEIN
(11246)

FOTI, HEIMAN and SCHALLER, Js.

Argued February 18—decision released March 16, 1993

*William P. O'Brien,* for the appellant (defendant).

*Gregg D. Adler,* with whom, on the brief, was *Mary E. Kelly,* for the appellee (intervening plaintiff Karen Miller).

PER CURIAM. The defendant appealed from the judgment of the trial court, rendered after a jury trial, awarding the plaintiffs $50,000 in damages for injuries and losses caused by the defendant's negligence. After thorough review of the record, transcripts and briefs and affording those claims before us the appropriate scope of review, we find the defendant's claims to be without merit.

The judgment is affirmed.